```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES *ex rel.*
PATRICK BIGAUD,  :  13 Civ. 2369 (WHP)

          Plaintiff,  :  ORDER

     -against-  :

DOCTORS UNITED, INC., *et al.*,
                                  :
         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      The Clerk of Court is directed to unseal this case.

Dated: March 4, 2014
       New York, New York

                                       SO ORDERED:

                                       _____
                                       WILLIAM H. PAULEY III
                                              U.S.D.J.